236 So.2d 34

**Lawrence Joseph NAVARRE, Sr.**

**v.**

**CHARTER OAK FIRE INSURANCE CO.**

No. 50638.

June 8, 1970.

Writs refused. The showing made does not warrant the exercise of our supervisory jurisdiction.

236 So.2d 34

**STATE of Louisiana**

**v.**

**Edmund HARRIS, Robert Wayne Harris, Willis Harris, Jr.**

No. 50646.

June 8, 1970.

Writs refused. The showing made does not warrant the exercise of our supervisory jurisdiction.